IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DEMARION TYRELL FORD                                                                                    PLAINTIFF

v.                                            Case No. 6:23-cv-6123

TIM BECKHAM
(Chief Public Defender, individual capacity)                                                    DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed December 21, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7.  Judge Ford recommends that Plaintiff's complaint (ECF No. 1) be dismissed without prejudice.  Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of January, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge